OPINION — AG — **** ADJUSTMENTS IN PENSIONS UNDER THE POLICE PENSION AND RETIREMENT SYSTEM **** THE BOARD OF TRUSTEES OF A POLICE PENSION AND RETIREMENT SYSTEM MUST ADJUST PENSIONS BEING PAID WHEN THERE IS AN INCREASE OR DECREASE IN THE BASE SALARY OF REGULAR POLICE. PROVIDED HOWEVER, THAT THE BOARD OF TRUSTEES MAY MAKE SUCH ADJUSTMENTS ANYWHERE WITHIN THE RANGE OF ONE THIRD TO ONE HALF OF SUCH INCREASE OR DECREASE. CITE: 11 O.S. 1970 Supp., 541 [11-541](K) (PAUL C. DUNCAN)